IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

JANE DOE,

    Plaintiff,

v.

NEW COLLEGE OF FLORIDA, a
Public University and Member of the
State University System;
and NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES, a Florida
Public Entity,

    Defendants.
_____/

Case No.: 2021-CA-1704

## DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT

COMES NOW the Defendants, NEW COLLEGE OF FLORIDA, a Public University and Member of the State University System (hereinafter "NCF") and NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES, a Florida Public Entity (hereinafter "NCBT") by and through undersigned counsel, pursuant to Fla. R. Civ. Pro. 1.140(b)(4), and hereby Move to Dismiss the above-styled Complaint or, in the alternative, Motion for More Definite Statement, and as grounds state as follows:

1. The Plaintiff has not complied with the pre-suit notice requirements of Fla. Stat. § 768.28(6). Specifically, as evidenced in the attached Exhibit A to the Complaint, the Plaintiff fails to include the claimants date, place of birth, and social security number, or any other identifying information as required by Fla. Stat. §768.28(6)(c). Defendants are unable to proceed with answering the Complaint, or admitting or denying any allegations, without sufficient information.

1

2. As such, Plaintiff's Complaint should be dismissed.

3. In the alternative, as Plaintiff's complaint fails to provide any information to identify the claimant in this case, and/or the claimants date, place of birth, and/or even a part of Plaintiff's social security number, the Defendants and their counsel are unable to either admit or deny any of the allegations therein.

4. Accordingly, Defendants requests Plaintiff's counsel to file a More Definite Statement providing sufficient and more adequate information to Defendants so that they may proceed with answering Plaintiff's Complaint.

MANDELBAUM, FITZSIMMONS, HEWITT
& CAIN, P.A.

*/s/ Samuel R. Mandelbaum, Esq.*

**SAMUEL R. MANDELBAUM, ESQ. FBN 270806**
**JOHN D. ARNETT, ESQ. FBN 1023233**
Post Office Box 3373
Tampa, Florida 33601
Telephone: (813) 221-0200
Fax: (813) 221-8558
Primary Service Email: srm@manfitzlaw.com
Secondary Service Emails: eservice@manfitzlaw.com
*Attorney for Defendants New College and its Trustees*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed online using the Florida E-Filing Portal as mandated by Fla. R. of J. Admin 2.516(b)(1) with copies being furnished by email to: Damian B. Mallard, Esq. and Elizete D. Velado, Esq,, Mallard Law Firm, P.A. (damian@mallardlawfirm.com; elizete@mallardlawfirm.com; and susan@mallardlawfirm.com) on this __11__ day of May, 2021.

/s/ *Samuel R. Mandelbaum, Esq.*
_____
**ATTORNEY**