UNITED STATES DISTRICT COURT
MIDDLE DISCTICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

      Plaintiff,

vs.                                   CASE NO: 8:21-cv-1245

NEW COLLEGE OF FLORIDA, a
Public University and Member of the
State University System; and
NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES, a Florida
Public Entity,

      Defendants,

_____/

## DEFENDANTS' NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Middle District of Florida, Tampa Division:

The Removing Defendants, NEW COLLEGE OF FLORIDA and NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES, by and through undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. § 1446, Fed.R.Civ.Pro. 81 and Middle District Local Rule 1.06, and hereby remove this state court action which has been pending as Case No.: 2021-CA-1704-NC in the Circuit Court of the Twelfth Judicial Circuit Court in and for Sarasota County, Florida ("action") to the United States District Court for the Middle District of Florida.  In support of this notice, the Removing Defendants state as follows:

1.      <u>Complaint</u>: Plaintiff, JANE DOE, has filed a Complaint in the Circuit Court of the Twelfth Judicial Circuit Court in and for Sarasota County, Florida, which was served on NEW

COLLEGE OF FLORIDA and NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES on April 21, 2021. Plaintiff alleges that the Defendants had "created and/or subjected Plaintiff to a hostile education environment based on her sex" in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 68(a) and 20 U.S.C. §1681 et seq., and "acted with deliberate indifference" toward her in failing to take notice of her rape (Complaint, Counts II & IV).

2.  <u>Basis for Jurisdiction in this Court</u>: This U.S. District Court has jurisdiction over this matter pursuant to 28 U.S.C.A. §1331, 28 U.S.C.A §1367, and 20 U.S.C.A. §1681.

3.  <u>Notice Given</u>: Defendants, NEW COLLEGE OF FLORIDA and NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES, have filed a Joint Notice of Removal with the clerk of the Twelfth Judicial Circuit Court in and for Sarasota County, Florida (Exhibit "A").  <u>See</u> 28 U.S.C. §1446(d).

4.  <u>Removal is Timely</u>: Defendants, NEW COLLEGE OF FLORIDA and NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES, were served on the respective date listed in paragraph 1 of this Notice of Removal. Accordingly, this Notice of Removal is timely filed within thirty (30) days allotted for removal by 28 U.S.C. §1446(b).

5.  <u>Pleadings in Process</u>: Under 28 U.S.C. §1446(a), these Removing Defendants are required to attach to this notice "a copy of all process, pleadings and orders served upon" them. The attached Exhibit "B" contains all such process, pleadings and orders served in this cause of action.

6.  <u>Consent</u>: All Defendants consent to removal.

WHEREFORE, NEW COLLEGE OF FLORIDA and NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES hereby remove this case from the Twelfth Judicial Circuit Court in and

for Sarasota County, Florida, to this United States District Court and pray that this court effectuate

this removal, pursuant to law.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been

furnished by U.S. Mail to Damian B. Mallard, Esq., Mallard Law Firm, P.A., 889 N. Washington

Blvd., Sarasota, Florida 34236 on this __21___ day of May, 2021.


**MANDELBAUM, FITZSIMMONS, HEWITT & CAIN, P.A.**

*/s/ Samuel R. Mandelbaum, Esq.*

_____
Samuel R. Mandelbaum, Esq.
Florida Bar No. #270806
Post Office Box 3373
Tampa, Florida  33601
Telephone: (813) 221-0200
Facsimile:  (813) 221-8558
*Attorneys for Defendants*

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

JANE DOE,

      Plaintiff,                           Case No.: 2021-CA-1704

v.

NEW COLLEGE OF FLORIDA, a
Public University and Member of the
State University System;  and NEW
COLLEGE OF FLORIDA BOARD
OF TRUSTEES, a Florida Public
Entity,

      Defendants.
_____/

### DEFENDANTS' JOINT
### NOTICE OF REMOVAL

      COMES NOW the Defendants, NEW COLLEGE OF FLORIDA, a Public University and

Member of the State University System (hereinafter "NCF") and NEW COLLEGE OF FLORIDA

BOARD OF TRUSTEES, a Florida Public Entity (hereinafter "NCBT") by and through

undersigned counsel, and provide this Notice of Removal of the above styled action to the United

States District Court for the Middle District of Florida, Tampa Division, Case no. 8:21-cv-1245.

                                    **MANDELBAUM, FITZSIMMONS, HEWITT
                                    &  CAIN, P.A.**

                                      */s/ Samuel R. Mandelbaum, Esq.*
                           _____
                           **SAMUEL R. MANDELBAUM, ESQ. FBN 270806
                           JOHN D. ARNETT, ESQ.  FBN 1023233**
                           Post Office Box 3373
                           Tampa, Florida 33601
                           Telephone: (813) 221-0200
                           Fax: (813) 221-8558
                           Primary Service Email: srm@manfitzlaw.com
                           Secondary Service Emails: eservice@manfitzlaw.com
                           *Attorney for Defendants New College and its Trustees*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed online using the Florida E-Filing Portal as mandated by Fla. R. of J. Admin 2.516(b)(1) with copies being furnished by email to: Damian B. Mallard, Esq. and Elizete D. Velado, Esq,, Mallard Law Firm, P.A. (damian@mallardlawfirm.com; elizete@mallardlawfirm.com; and susan@mallardlawfirm.com) on this ___21__ day of May, 2021.


*/s/ Samuel R. Mandelbaum, Esq.*
_____
**ATTORNEY**