IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

JANE DOE,

    Plaintiff,                                Case No.: 2021-CA-1704

v.

NEW COLLEGE OF FLORIDA, a
Public University and Member of the
State University System; and NEW
COLLEGE OF FLORIDA BOARD
OF TRUSTEES, a Florida Public
Entity,

    Defendants.
_____/

## DEFENDANTS' JOINT NOTICE OF REMOVAL

COMES NOW the Defendants, NEW COLLEGE OF FLORIDA, a Public University and Member of the State University System (hereinafter "NCF") and NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES, a Florida Public Entity (hereinafter "NCBT") by and through undersigned counsel, and provide this Notice of Removal of the above styled action to the United States District Court for the Middle District of Florida, Tampa Division, Case no. 8:21-cv-1245.

                                        **MANDELBAUM, FITZSIMMONS, HEWITT & CAIN, P.A.**

                                        */s/ Samuel R. Mandelbaum, Esq.*
                                        _____
                                        **SAMUEL R. MANDELBAUM, ESQ. FBN 270806**
                                        **JOHN D. ARNETT, ESQ. FBN 1023233**
                                        Post Office Box 3373
                                        Tampa, Florida 33601
                                        Telephone: (813) 221-0200
                                        Fax: (813) 221-8558
                                        Primary Service Email: srm@manfitzlaw.com
                                        Secondary Service Emails: eservice@manfitzlaw.com
                                        *Attorney for Defendants New College and its Trustees*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed online using the Florida E-Filing Portal as mandated by Fla. R. of J. Admin 2.516(b)(1) with copies being furnished by email to: Damian B. Mallard, Esq. and Elizete D. Velado, Esq,, Mallard Law Firm, P.A. (damian@mallardlawfirm.com; elizete@mallardlawfirm.com; and susan@mallardlawfirm.com) on this ___21___ day of May, 2021.

*/s/ Samuel R. Mandelbaum, Esq.*
_____
**ATTORNEY**