**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JANE DOE ,**

    **Plaintiff,**

**vs.**

**NEW COLLEGE OF FLORIDA, a**    Case No: 8:21-cv-01245-CEH-CPT
**Public University and Member of the**
**State University System;**
**and NEW COLLEGE OF FLORIDA**
**BOARD OF TRUSTEES, a Florida**
**Public Entity,**

    **Defendants.**
_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's instructions in the Case Management Order dated July 23, 2021 (Doc. 18), the Parties are hereby jointly notifying this Court of the selection of a mediator. The Parties have selected Donna Tisch, Esq. as the mediator to conduct mediation in this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this this 6th day of August, 2021, by CM/ECF electronic filing to the Clerk of the Court and to the following:

Samuel R. Mandelbaum, Esq.
Mandelbaum, Fitzsimmons, Hewitt & Cain, P.A.
P.O. Box 3373
Tampa, FL  33601
Email Address: srm@manfitzlaw.com; eservice@manfitzlaw.com
   Attorney For: New College of Florida

2

**MALLARD LAW FIRM, P.A.**
889 N. Washington Boulevard
Sarasota, Florida 34236
(941) 952-1682
(941) 378-1605(fax)


<u>/s/ Damian B. Mallard</u>
Elizete D. Velado, Esq. – Trial Counsel
Fla. Bar. No. 99668
Damian@Mallardlawfirm.com
Counsel for Plaintiffs

2