UNITED STATES DISTRICT COURT
MIDDLE DISCTICT OF FLORIDA
TAMPA DIVISION

**JANE DOE,**

    **Plaintiff,**

vs.                                     CASE NO: 8:21-cv-01245-CEH-CPT

**NEW COLLEGE OF FLORIDA, a
Public University and Member of the
State University System; and
NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES, a Florida
Public Entity,**

    **Defendants,**

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

COME NOW the Defendants, NEW COLLEGE OF FLORIDA ("NCF") and NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES ("NCBT"), by and through undersigned counsel, and disclose the following pursuant to this Court's interested persons order:

(1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or

1

more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.     Jane Doe, Plaintiff

    b.     The Mallard Law Firm

    c.     Elizete Velado, Esq.

    d.     Samuel R. Mandelbaum, Esq.

    e.     Mandelbaum, Fitzsimmons, Hewitt & Cain, P.A.

    f.     Cheikhou Kane

    g.     New College of Florida (a Public University in Florida's state university system);

    h.     New College Board of Trustees

    i.     David Fugett, Esq., General Counsel for New College of Florida

    j.     Dr. Robin Williamson, Ph.D.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known.

1. Check one of the following:

____X____ a. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or magistrate judge in this action and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows (explain)

Dated: 8/6/2021

**MANDELBAUM, FITZSIMMONS, HEWITT & CAIN, P.A.**

*/s/ Samuel R. Mandelbaum, Esq.*
_____
Samuel R. Mandelbaum, Esq.
Florida Bar No. #270806
Post Office Box 3373
Tampa, Florida  33601
Telephone: (813) 221-0200
Facsimile:  (813) 221-8558
*Attorneys for Defendants*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished electronic filing through the U.S. District Court CM – ECF filing system which will electronically send copies to Elizete D. Velado, Esq., Mallard Law Firm, P.A., 889 N. Washington Blvd., Sarasota, Florida 34236 at elizete@mallardlawfirm.com, on this __10___ day of August, 2021.

*/s/ Samuel R. Mandelbaum, Esq.*

_____
ATTORNEY