UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

    Plaintiff,

v.                                                  Case No: 8:21-cv-1245-CEH-CPT

NEW COLLEGE OF FLORIDA and
NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion for Order Sealing Motion for Summary Judgment and Deposition Transcripts Defendant Might File, and/or Requesting Redaction of Medical Records and Information that Would Reveal Plaintiff's Identity (Doc. 59), filed on August 19, 2022. In the motion, Plaintiff requests an Order requiring Defendants to redact certain information from their motion for summary judgment that would lead to easy identification of Plaintiff and to redact Plaintiff's psychotherapy records, as well as allow Defendants to file deposition transcripts under seal. The Court, having considered the motion and being fully advised in the premises, will deny without prejudice Plaintiff's motion. Further, the Court will direct Defendants to provide to Plaintiff a complete unredacted copy of its motion for summary judgment, along with exhibits relied upon in support of the motion.

## DISCUSSION

In this action, Plaintiff sues Defendants for negligence and Title IX violations arising out of a student-on-student sexual assault. On March 15, 2022, the Court issued an Amended Case Management and Scheduling Order that included, among other deadlines, a dispositive motion deadline of August 5, 2022. Doc. 35. On August 5, 2022, Defendants filed a "Placeholder" for Defendants' Motion for Summary Judgment and Exhibits." Doc. 56. According to Plaintiff, Defendants have not provided Plaintiff with a copy of Defendants' motion or exhibits.[1]

Before the Court is Plaintiff's motion to seal and/or redact Defendant's motion for summary judgment, exhibits, and depositions relied upon. Doc. 59. As Plaintiff has not seen the motion or exhibits, Plaintiff's motion attempts to identify potentially confidential information. The Court cannot rule on a motion to seal without knowing exactly what a party requests be sealed. Moreover, to the extent Plaintiff seeks blanket sealing of Defendants' entire motion, exhibits, and deposition transcripts, such request is overly broad and inconsistent with the Local Rules of this Court. *See* M.D. Fla. Local Rule 1.11.

Accordingly, it is hereby

**ORDERED:**

1. On or before **5:00 p.m. on Wednesday August 24, 2022**, Defendants shall provide Plaintiff's counsel a complete unredacted copy of Defendants' Motion

---

[1] The Court is not deciding by this Order whether Defendants' motion, which has not yet been provided to Plaintiff, is timely.

for Summary Judgment, exhibits attached thereto, and a list of depositions that Defendants intend to file which are relied upon in Defendants' motion.

    2.    Plaintiff's Motion for Order Sealing Motion for Summary Judgment and Deposition Transcripts Defendant Might File, and/or Requesting Redaction of Medical Records and Information that Would Reveal Plaintiff's Identity (Doc. 59) is **DENIED without prejudice**.

**DONE AND ORDERED** in Tampa, Florida on August 23, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any