**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANE DOE,

    Plaintiff,

v.                                                                  Case No: 8:21-cv-1245-CEH-CPT

NEW COLLEGE OF FLORIDA and
NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES,

    Defendants.
_____

## ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte*. Plaintiff initiated this action in state court under the pseudonym "Jane Doe." Doc. 11. It appears that Plaintiff filed her claims anonymously because of the nature of the allegations of sexual assault. On May 21, 2021, Defendant removed the case to this Court. Doc. 5. Federal Rule of Civil Procedure 10(a) requires that "every pleading" in federal court "must name all the parties." Fed. R. Civ. P. 10(a). "The ultimate test for permitting a plaintiff to proceed anonymously is whether the plaintiff has a substantial privacy right which outweighs the customary and constitutionally-embedded presumption of openness in judicial proceedings." *Doe v. Frank*, 951 F.2d 320, 323 (11th Cir. 1992) (citation and internal quotation marks omitted). Review of the docket reveals Plaintiff has not sought leave

to proceed anonymously.[1] Because Plaintiff's pleadings do not comply with Fed. R. Civ. P. 10(a) and Plaintiff has not sought leave to proceed under a pseudonym, it is hereby

**ORDERED:**

1. Plaintiff shall show cause by a written response filed within 14 days as to why her claims should not be dismissed for failing to comply with Federal Rule of Civil Procedure 10(a). Failure to respond within the time permitted will result in this action be dismissed, without prejudice and without further notice.

2. To the extent Plaintiff intends to file a motion to proceed anonymously, such motion shall be filed within 14 days of this Order and must comply with the requirements of Local Rule 3.01.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[1] All pleadings from state court should have been filed in this Court with the notice of removal. *See* 28 U.S.C. § 1446(a). Defendants were ordered to file all process, pleadings and orders from the state court action. Doc. 10.