UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JANE DOE,**

      **Plaintiff,**

vs.

**NEW COLLEGE OF FLORIDA, a**     Case No: 8:21-cv-01245-CEH-CPT
**Public University and Member of the**
**State University System;**
**and NEW COLLEGE OF FLORIDA**
**BOARD OF TRUSTEES, a Florida**
**Public Entity,**

      **Defendants.**
_____/

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

    COMES NOW, the Plaintiff, by and through her undersigned counsel, and in compliance with the court's Amended Case Management and Scheduling Order [Doc. 35], hereby submits her proposed Voir Dire questions for the jury panel and seeks the court's authority to ask these questions and natural follow up questions:

1. THIS IS A CIVIL FEDERAL RIGHTS/PERSONAL INJURY TYPE OF LAWSUIT – A NEGLIGENCE AND FEDERAL CIVIL RIGHTS CASE - FOR MONEY DAMAGES - – IT IS NOT A CRIMINAL CASE – NOBODY IS GOING TO JAIL BASED UPON YOR VERDICT….. DOES EVERYONE UNDERSTAND THAT?

2. BECAUSE MY CLIENT BROUGHT THE LAWSUIT, SHE HAS TO SHOW THE DEFENDANTS WERE LIABLE FOR BEING NEGLIGENT, AND/OR VIOLATED HER FEDERAL LAW RIGHTS, AND THAT AS A RESULT OF THAT FACT SHE SUFFERED INJURIES AND DAMAGES, DOES EVERYONE GET THAT?

3. AND BECAUSE WE BROUGHT THE CASE, WE HAVE THE RESPONSIBILTY TO PROVE OUR CASE BY THE APPLICABLE BURDEN OF PROOF THAT APPLIES TO CASES OF THIS TYPE. DO YOU ALL UNDERSTAND THAT?

4. **BURDEN OF PROOF:** BECAUSE THIS IS A CIVIL CASE, THE BURDEN OF PROOF IS LESS THAN IN A CRIMINAL CASE. IN A CRIMINAL CASE, WHERE SOMEONE'S FREEDOM IS AT STAKE, THE PROSECUTOR MUST PROVE GUILT BEYONE A REASONABLE DOUBT (USING THE ANALOGY OF THE SCALES OF JUSTICE, THIS MEANS THE EVIDENCE MUST PUSH DOWN THE SCALE HEAVILY ON THE SIDE OF GUILT). DOES EVERYONE UNDERSTAND THAT?

5. **IN A CIVIL CASE**, THE STANDARD IS LESSER, WE HAVE TO JUST TIP THE SCALES IN OUR FAVOR BY THE GREATER WEIGHT OF THE EVIDENCE – JUST TO OUR SIDE, NOT BEYOND ANY REASONALBE DOUBT LIKE IN A CRIMINAL CASE. DO YOU ALL UNDERSTAND THE DIFFERENCE?

6. ANYONE FEEL THAT THE STANDARD ISNT HIGH ENOUGH IN A CIVIL CASE AND THAT IT SHOULD BE MORE THAN JUST TIPPING THE SCALES SLIGHTLY MORE TO OUR SIDE OF THE TOTAL EVIDENCE?

7. FOR EXAMPLE, IF A JUROR SAID IN DELIBERATIONS, THE PLAINTIFF DID NOT "TOTALLY CONVINCE ME OF" (WHATEVER) IT WOULD BE YOUR DUTY TO REMIND THEM THAT WE DONT HAVE TO "TOTALLY CONVINCE YOU" WE HAVE TO SHOW WE HAVE MORE EVIDENCE ON OUR SIDE BY THE GREATER WEIGHT – DO YOU EACH UNDERSTAND THAT OBLIGATION?

8. DO YOU ALL AGREE THAT IF WE SHOW YOU EVIDENCE TO SUPPORT EACH ELEMENT OF OUR CASE BY THE GREATER WEIGHT OF THE EVIDENCE THAT YOU WILL AWARD DAMAGES TO THE PLAINTIFF?

9. AND WILL YOU EACH AGREE THAT IF YOU CANNOT CONVINCE A FELLOW JUROR WHO DOES NOT UNDERSTAND OR WILL NOT ONLY HOLD US TO THIS STANDARD IN DELIBERATONS YOU WOULD NEED TO LET THE JUDGE KNOW THRU THE BALIFF?

10. TO USE A BASEBALL ANALOGY, THE IDEA HERE IS TO START OFF THIS TRIAL LIKE A BATTER IN BASEBALL…….. WITH NO COUNT ON US AS WE BRING OUR EVIDENCE UP TO THE PLATE SO WE DON'T START OUT WITH A STRIKE AGAINST US BEFORE WE EVEN BEGIN DUE TO SOME FEELING, PERSONAL BELIEF, OR BIAS YOU MAY HAVE FOR OR AGAINST EITHER SIDE, DOES EVERYONE UNDERSTAND THAT?

11. SO, AS WE ARE ASKING QUESTIONS, IF YOU HAVE AN UNEASY FEELING OR FEEL THAT WE MIGHT BE STARTING OFF WITH STRIKE ONE, RATHER THAN NO COUNT, IT WOULD BE YOUR DUTY TO RAISE YOUR HAND SO WE CAN DISCUSS THAT AND SEE IF YOU ARE RIGHT TO SIT ON THIS TYPE OF CASE, DOES EVERYONE UNDERSTAND AND AGREE TO DO THAT?

12. AS WE ARE ASKING YOU QUESTIONS TODAY, YOU WILL NEED TO THINK WHETHER ANYTHING WE TALK ABOUT GIVES YOU SOME REASON FOR CONCERN AS TO WHETHER YOU ARE THE RIGHT PERSON TO SIT AS A JUROR ON THIS PARTICULAR TYPE OF CASE…..THAT MIGHT GIVE US A STRIKE AGAINST US – DO YOU ALL AGREE TO KEEP THAT IN MIND?

13. AND LET ME GIVE YOU ANOTHER AN ANALOGY TO EXPLAIN THE CONCEPT OF WHAT I MEAN THAT MIGHT MAKE YOU FEEL SOME UNEASINESS YOU WOULD WANT TO DISCLOSE THAT MIGHT MAKE YOU RIGHT OR WRONG TO SIT ON THIS PARTICULAR CASE:

    I like pie………pecan pie the most

    If I was pulled out of the crowd to judge a pie baking contest…….NOT UNLIKE YOU ALL BEING PICKED OUT OF THE CITIZENRY TO POSSIBLY JUDGE THIS CASE, I would need to disclose to the contestants my love of pecan pie and that the others would start out a little behind - With a strike or half strike against them – LIKE A BASEBALL PLAYER– OR that I'd at least have some doubt about whether I was right to sit as a judge….DESPITE my best efforts to put those feelings aside

    And I'd have to tell the contestants that I wouldn't throw the contest for the pecan pie baker…..like if it was burned……….But all things being equal….. I would lean to the pecan pie over any of the other pies – DO YOU ALL GET MY POINT?

14. SO, YOU SEE, ITS NOT THAT I WOULD BE FAIR OR UNFAIR, ITS THAT I MIGHT NOT BE RIGHT TO SIT IN JUDGEMENT ON SUCH A CONTEST BECAUSE I'D HAVE LINGERING DOUBT ABOUT BEING IMPARTIAL BECAUSE OF MY LOVE SPECIFICALLY OF PECAN PIE …………
….. WHEREAS I HAVE NO PREFERENCE OF BEEF OVER PORK RIBS SO IN A COOKING CONTEST LIKE THAT I WOULD BE RIGHT, FAIR AND IMPARTIAL-- DOES EVERYONE SEE THE ANALOGY FOR YOU TO CONSIDER IN DECIDING WHETHER YOU HAVE SOME DOUBT ABOUT WHETHER YOU ARE RIGHT FOR THIS PARTICULAR CASE OR TYPE OF CASE?

15. DOES ANYONE HAVE ANY FEELINGS, NO MATTER HOW SLIGHT, ABOUT PAIN AND SUFFERING DAMAGES…….SUCH AS SINCE YOU CAN'T SEE THEM, YOU FEEL THE BURDEN OF PROOF OF WHAT THEY ARE SHOULD BE HIGHER THAN WHAT THE LAW SAYS WE HAVE TO SHOW?

16. THE JUDGE HAS READ YOU THE BASIC STATEMENT OF THE CASE AND WE ALLEGE THE DEFENDANTS WERE NEGLIGENT AND VIOLATED OUR CLIENT'S FEDERAL RIGHTS IN DENYING HER PROPER ACCESS TO EDUCATION IN VIOLATION OF FEDERAL LAW RESULTING IN HER BEING RAPED AND RECEIVING SIGNIFICANT INJURIES AND DAMAGES ON THE CAMPUS OF NEW COLLEGE OF FLORIDA, DO YOU ALL UNDERSTAND THAT?

17. AND BECAUSE WE BELIEVE THE EVIDENCE WILL SHOW THE DEFENDANTS WERE NEGLIGENT AND VIOLATED HER FEDERAL RIGHTS, WE WILL BE ASKING THAT YOU DETERMINE AND SET RESTITUTION AND REPARATIONS IN AN AMOUNT THAT SHOULD NOT EXCEED $ 30 MILLION DOLLARS, DOES EVERYONE FOLLOW THAT?

18. HAVING HEARD THAT, DOES ANYONE FEEL LIKE WE ARE ALREADY OFF THE RAILS AS FAR AS OUR THINKNG GOES JUST BASED UPON THE POTENTIAL AMOUNT? AND IF SO, WHY?

19. DUE TO THE SENSITIVE NATURE OF THIS CASE WHICH INVOLVES RAPE, OUR CLIENT HAS BROUGHT THIS CASE USING THE PSUDONYM "JANE DOE" RATHER THAN HER REAL NAME TO PROTECT HER PRIVACY.  IS THERE ANYONE WHO IS

UNCOMFORTABLE WITH THAT OR FEELS THAT IS SOMEHOW UNJUST? WHY?

20. ALL ANY OF US WANT IS OUR FAIR DAY IN COURT AND TO START OUT EVEN WITH OUR JURY– DOES EVERYONE AGREE THAT IS THE OVERRIDING CONCEPT HERE TODAY?

21. YOU ARE ONLY PERMITTED TO DECIDE THIS CASE UPON THE EVIDENCE YOU HEAR IN THIS ROOM.  YOU CANNOT SPECULATE ON THINGS OUTSIDE OF WHAT YOU HEAR AND SEE IN THE EVIDENCE WITHIN THE WALLS OF THIS ROOM, DO YOU ALL UNDERSTAND THAT?

22. IN OTHER WORDS, IF IN DELIBERATIONS A JUROR BRINGS UP AN ISSUE THAT IS OUTSIDE THE EVIDENCE OR SPECULATES ON THINGS NOT IN THE EVIDENCE, IT WOULD BE YOUR JOB TO MAKE THE BALIFF AWARE SO THE JUDGE COULD BE MADE AWARE AND HELP WITH THE SITUATION IF THEY REFUSED TO STOP DOING THAT, DO YOU UNDERSTAND THAT?

23. THIS CASE INVOLVES THE SUBJECT MATTER OF SEXUAL ASSAULT/RAPE.  JUST KNOWING THAT IS THERE ANYONE WHO HAS SOME DOUBT AS TO WHETHER YOU ARE RIGHT TO SIT ON THIS CASE (REMEMBERING MY PECAN PIE ANALOGY)?

24. SOME OF THE TESTIMONY WILL BE UNPLEASANT TO HEAR ON THE ISSUE OF THE ATTACK OF MY CLIENT.  DOES ANYONE HAVE ANY PERSONAL HISTORY THAT WOULD MAKE HEARING SUCH EVIDENCE SUCH THAT YOU MAY NOT BE ABLE TO SIT IMPARTIALLY ON THIS CASE OR THAT YOU HAVE SOME TYPE OF DOUBT ABOUT THAT? (AND WE CAN DISCUSS THAT PRIVATELY WITH THE JUDGE IF YOU SO DESIRE)

25. THIS IS MY CLIENT'S ONLY DAY IN COURT……SHE DOES NOT GET TO COME BACK AGAIN……AND YOUR DECISION IS ONE SHE LIVES WITH FOR LIFE……AND SHE IS A YOUNG WOMAN SO STATISTICALLY SPEAKING ITS GONNA BE A LONG TIME SHE IS STILL ALIVE………SO WE HAVE TO PROJECT DAMAGES OVER

THE REST OF HER LIFE…….AND SOME FOLKS DON'T WANT TO BE PUT IN THAT POSITION OR ARE UNCOMFORTABLE WITH BEING ON A JURY WHOSE VERDICT COULD HAVE SUCH AN IMPORTANT EFFECT ON SOMEONE'S LIFE ………DOES ANYONE HERE HAVE SUCH FEELINGS HOWEVER SLIGHT?

26. HOW DO YOU FEEL ABOUT LAWSUITS AGAINST THE STATE GOVERNMENT, (WHICH NEW COLLEGE) IS A PART OF?

27. DO ANY OF YOU HAVE CONCERNS ABOUT YOUR ABILITY TO SET FAIR DAMAGES IN THIS CASE BECAUSE THE FUNDS MAY POSSIBLY COME FROM PUBLIC MONIES?

28. IS ANYONE FAMILIAR WITH THIS INCIDENT OR ANY ISSUES REGARDING ON CAMPUS DRINKING AT NEW COLLEGE?

29. IS ANYONE HERE A NEW COLLEGE GRADUATE OR HAVE SOMEONE CLOSE TO YOU WHO IS?

30. WITHOUT HEARING THE FACTS IN DETAIL, DOES ANYONE HERE FEEL THAT THERE SHOULD BE SOME FIXED LIMIT ON HOW MUCH A JURY SHOULD BE ABLE TO AWARD IN CASES LIKE THIS, NO MATTER THE LAW OR EVIDENCE?

31. DOES ANYONE FEEL THE JUDGE OR THE CONGRESS SHOULD PUT A CAP ON THE DAMAGES YOU CAN SEEK IN THESE CASES NO MATTER WHAT THE EVIDENCE?

32. PLEASE RAISE YOUR HAND IF YOU AGREE THAT IF THE FACTS SHOW THAT THE PLAINTIFF HAD ANY ALCOHOL TO DRINK THE NIGHT OF HER RAPE, SHE SHOULD NOT BE ENTITLED TO DAMAGES, NO MATTER WHAT THE EVIDENCE?

33. HOW ABOUT IF SHE WAS UNDER 21 AND DRANK THE NIGHT OF HER RAPE?

34. PEOPLE WITH SEVERE TRAUMA EARLY IN LIFE OFTEN SEE LONG-LASTING NEGATIVE IMPACTS FOR THE REST OF THEIR

LIVES: DO ANY OF YOU DISAGREE WITH THIS GENERAL STATEMENT?

35. WHAT ARE YOUR FEELINGS ABOUT LAWSUITS TODAY?  TOO MANY/TOO MUCH MONEY?

36. WHO HERE THINKS OR FEEL MOST LAWSUITS TODAY ARE ONLY A SEARCH FOR "DEEP POCKETS" TO PAY FOR TRAUMA PEOPLE EXPERIENCE THROUGH NO ONE'S PARTICULAR FAULT?

37. WHAT ARE YOUR FEELINGS ABOUT LAWYERS WHO SUE FOR MONEY DAMAGES GIVEN ALL THE ADS WE SEE ON TV EVERYDAY?

38. REMEMBERING MY PECAN PIE ANALOGY, DOES ANYONE HAVE ANY FEELINGS, POSITIVE OR NEGATIVE, ABOUT THE CONCEPT OF PAIN AND SUFFERING DAMAGES?

39. SOME PEOPLE FEEL AWARDING PAIN AND SUFFERING DAMAGES DOES NOT HELP BECAUSE IT DOESN'T TAKE AWAY THE HARM ALREADY DONE……OR THAT IT'S JUST FREE MONEY.  DOES ANYONE FEEL THAT WAY OR HAVE SIMILAR THOUGHTS?

40. DOES ANYONE HAVE ANY FEELINGS THEY WOULD LIKE TO DISCUSS ABOUT THEIR ABILITY OR PERHAPS INABILITY TO AWARD PAIN AND SUFFERING DAMAGES DUE TO SOME LINGERING DOUBT OR CONCERN ABOUT THEM (like my pie analogy)?

41. ANYONE HERE BEEN INVOLVED IN LAWSUIT EITHER AS PLAINTIFF OR DEFENDANT?  IF SO, WHAT TYPE OF SUIT, AND WERE YOU SATISIFIED WITH THE OUTCOME?

42. THE DAMAGES AVAILABLE HERE ARE FOR MEDICAL EXPENSES, WAGE LOSS, AND NON-ECONOMIC (PAIN AND SUFFEREING) DAMAGES.  DOES EVERYONE UNDERSTAND THAT?

43. AND WHAT WE HAVE TO SHOW YOU IS THAT EACH OF THESE TYPE OF DAMAGES (MEDICAL BILLS, WAGE LOSS, NON-ECONOMIC/PAIN AND SUFFERING DAMAGES) WERE CAUSED BY THE DEFENDANTS' FAILURE TO USE REASONABLE CARE OR BY THEIR INACTIONS OR ACTIONS BY THE GREATER WEIGHT OF THE EVIDENCE…NOT BEYOND A REASONABLE DOUBT…...DO YOU ALL SEE THAT BURDEN IS THE SAME ON ALL ASPECTS OF THIS CASE ON EACH ELEMENT OF THE CASE INCLUDING LIABILITY, CAUSING HER INJURIES AND THE AMOUNT OF HER DAMAGES?

44. DOES ANYONE HERE HAVE ANY RELIGIOUS OBJECTIONS TO SITTING IN JUDGMENT ON ANOTHER OR ANY OTHER TYPE OF RELIGIOUS OBJECTION TO THE CONCEPT OF SUING ANOTHER?

45. I'D LIKE TO ASK YOU ABOUT WITNESSES AND THEIR CREDIBILITY:  YOU ALL HAVE THE DUTY TO JUDGE ALL WITNESSES NOT ONLY BY WHAT THEY SAY, BUT BY HOW THEY ACT, AND DO THEY SOUND CREDIBILE, BELIEVABLE AND HONEST?  WILL YOU AGREE TO CONSIDER THAT?

46. DO YOU UNDERSTAND THAT IF A WITNESS DOES NOT ANSWER QUESTIONS DIRECTLY, OR TRIES TO AVOID ANSWERING A QUESTION THAT YOU HAVE THE RIGHT TO DISBELIEVE THEM JUST BECAUSE OF THAT FACT?

47. TORT REFORM:  A TORT IS A CIVIL WRONG (FOR EXAMPLE IF SOMEONE IS NEGLIGENT, THAT IS A TORT).  TORT REFORM IS THE PROCESS BY WHICH SOME FOLKS HAVE PROPOSED LIMITING THE TYPES AND AMOUNTS OF DAMAGES THAT ONE CAN SUE FOR IF SOMEONE COMITS A TORT AGAINST ANOTEHR PERSON…..DOES ANYONE HAVE ANY FEELINGS ABOUT CHANGING THE TORT SYSTEM IN ANY WAY (INCLUDING CHANGING WHAT WE CAN SUE FOR, HOW MUCH OR TYPES OF DAMAGES)?

48. DO YOU ALL AGREE TO USE YOUR COMMON SENSE WHEN ANALYZING THE EVIDENCE AND MAKING YOUR AWARD IN THIS CASE?

49. MY CLIENT HAS DUAL CITIZENSHIP AS AN AMERICAN AND MEXICAN NATIONAL AND LIVES IN MEXICO CITY CURRENTLY. ANYONE HAVE ANY FEELINGS ABOUT THAT WHICH CONCERN YOU IN ANY WAY?

50. NOW THAT WE HAVE TALKED, IS THERE ANYONE WHO FEELS THERE IS SOME SUBJECT MATTER YOU BELIEVE WE SHOULD DICUSS OR SOMETHING THAT YOU FEEL COULD OR MIGHT BEAR ON YOUR ABILITY TO BE A FAIR AND IMPARTIAL JUROR IN THIS CASE? (Remembering my pie contes analogy)

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this this 15th

day of November, 2022, by electronic service to the following:

Christopher D. Hastings
Quintairos, Prieto, Wood & Boyer, P.A.
277  North Bronough Street
Suite 7400
Tallahassee, FL  32301
Email Address: christopher.hastings@qpwblaw.com
   Attorney For: New College of Florida

John S. Derr
Quintairos, Prieto, Wood & Boyer, P.A.
277  North Bronough Street
Suite 7400
Tallahassee, FL  32301
Email Address: jderr@qpwlblaw.com;gail.clark@qpwblaw.com
   Attorney For: New College of Florida

                **MALLARD PEREZ, PLLC**
                889 N. Washington Boulevard
                Sarasota, Florida 34236
                (941) 952-1682
                (941) 378-1605(fax)

                /s/ Damian B. Mallard
                Damian B.  Mallard, Esq. – Trial Counsel
                Fla. Bar. No. 0882348
                Damian@Mallardlawfirm.com
                Counsel for Plaintiff