UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

       Plaintiff,

vs.

NEW COLLEGE OF FLORIDA, a      Case No: 8:21-cv-01245-CEH-CPT
Public University and Member of the
State University System;
and NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES, a Florida
Public Entity,

       Defendants.
_____/

## PLAINTIFF'S PROPOSED VERDICT FORM

WE the jury, return the following Verdict:

1. Was there Negligence on the part of the Defendant, New College of Florida and/or New College of Florida Board of Trustees, that was a legal cause of loss, injury, or damage to Plaintiff, JANE DOE?

   YES _____                   NO _____

2. Did Defendant New College of Florida, and/or Defendant New College of Florida Board of Trustees through its/their actions or inaction, violate Plaintiff JANE DOE's rights pursuant to Title IX, 20 U.S.C. § 1681 resulting in loss, injury or damages to her?

   YES_____                   NO_____

   If your answer to questions One and Two are both NO, your verdict is for the Defendants. Please proceed no further, except to sign and date the verdict form and return it to the courtroom. However, if your answer to either question one and/or two above is YES, please go on to answer question 3.

3. Was there Negligence on the part of Plaintiff, JANE DOE that was a legal cause of loss, injury or damage to her?

   YES _____                   NO_____

If your answer to question 3 is NO, skip question 4 and go on to question 5. If you answered YES to question 3, please answer question 4.

4. State the percentage of any negligence which was a legal cause of Loss, Injury, or Damage to Plaintiff, JANE DOE, that you charge to:

   Defendant, New College of Florida                              _____

   Defendant, New College of Florida Board of Trustees            _____

   Plaintiff, JANE DOE                                            _____

                                                         (Total must equal 100%)

   Go on to question 5.

5. What is the total amount of Plaintiff, JANE DOE'S damages incurred in the past for medical expenses due to the negligence of the Defendant, New College of Florida and/or New College of Florida Board of Trustees?

                                                         $_____

   Go on to question 6.

6. What is the total amount of Plaintiff, JANE DOE'S future medical expenses to be incurred over future years as a result of Defendant New College of Florida and/or New College of Florida Board of Trustee's negligence reduced to present value?

                                                         $_____

   Go on to question 7.

7. What is the total amount of Plaintiff, JANE DOE'S loss of earnings in the past incurred as a result of the Negligence of Defendant New College of Florida and/or New College of Florida Board of Trustees??

                                                         $_____

   Go on to question 8.

8. What is the total amount of Plaintiff JANE DOE'S future loss of earnings capacity to be incurred over future years as a result of the Defendant New College of Florida and/or New College of Florida Board of Trustee's negligence reduced to present value?

                                                         $_____

Go on to question 9.

9. Please state the amount of damages incurred by Plaintiff, JANE DOE, as a result of the negligence of Defendant New College of Florida and/or New College of Florida Board of Trustees for pain, suffering, disability, disfigurement, mental anguish, inconvenience and/or loss of capacity for the enjoyment of life:

    a).  In the past?                              $_____

    b). In the future?                             $_____

    Please go on to question 10.

10. WHAT ARE THE TOTAL NEGLIGENCE CLAIM DAMAGES OF PLAINTIFF, JANE DOE?
    (Add lines 5, 6, 7, 8, 9a and 9b)

                                                   $_____

11. What is the total amount of Plaintiff, JANE DOE'S damages incurred in the past for medical expenses due to the Violation of Title IX, Section 20, U.S.C. §1681 due to the actions or inactions of Defendant, New College of Florida and/or New College of Florida Board of Trustees?

                                                   $_____

    Go on to question 12.

12. What is the total amount of Plaintiff, JANE DOE'S future medical expenses to be incurred over future years as a result of Defendant New College of Florida and/or New College of Florida Board of Trustee's violation of Title IX, Section 20, U.S.C. §1681 reduced to present value?

                                                   $_____

    Go on to question 13.

13. What is the total amount of Plaintiff, JANE DOE'S loss of earnings in the past incurred as a result of Defendant New College of Florida and/or New College of Florida Board of Trustees violation of Title IX, 20 U.S.C. §1681?

    $_____

    Go on to question 14.

14. What is the total amount of Plaintiff JANE DOE'S future loss of earnings capacity to be incurred over future years as a result of the Defendant New College of Florida and/or New College of Florida Board of Trustee's violation of Title IX, 20 U.S.C. §1681 reduced to present value?

    $_____

    Go on to question 15.

15. Please state the amount of damages incurred by Plaintiff, JANE DOE, as a result of the violation of Title IX, 20 U.S.C. § 1681by Defendant New College of Florida and/or New College of Florida Board of Trustees for pain, suffering, disability, disfigurement, mental anguish, inconvenience and/or loss of capacity for the enjoyment of life:

    a). In the past?                    $_____

    b). In the future?                  $_____

    Please go on to question 16.

16. WHAT ARE THE TOTAL DAMAGES OF PLAINTIFF, JANE DOE, due to the violation of Title IX, 20 U.S.C. §1681?

    (Add lines 11, 12, 13, 14, 15a and 15b)

    $_____

SO, SAY WE ALL this _____ day of _____, 2023.

                                                    _____
                                                            FOREPERSON

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this this 15th day of November, 2022, by CM/ECF electronic filing to the Clerk of the Court and to the following:

Christopher D. Hastings
Quintairos, Prieto, Wood & Boyer, P.A.
277 North Bronough Street
Suite 7400
Tallahassee, FL 32301
Email Address: christopher.hastings@qpwblaw.com
   Attorney For: New College of Florida

John S. Derr
Quintairos, Prieto, Wood & Boyer, P.A.
277 North Bronough Street
Suite 7400
Tallahassee, FL 32301
Email Address: jderr@qpwlblaw.com;gail.clark@qpwblaw.com
   Attorney For: New College of Florida

                                              **MALLARD PEREZ, PLLC**
                                              889 N. Washington Boulevard
                                              Sarasota, Florida 34236
                                              (941) 952-1682
                                              (941) 378-1605(fax)

                                              /s/ Damian B. Mallard
                                              Damian B. Mallard, Esq. – Trial Counsel
                                              Fla. Bar. No. 0882348
                                              Damian@Mallardlawfirm.com
                                              Counsel for Plaintiffs