# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JANE DOE,

    Plaintiff,

v.                                         Case No: 8:21-cv-1245-CEH-CPT

NEW COLLEGE OF FLORIDA and
NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES,

    Defendants.
_____

## ORDER

This cause comes before the Court on the Plaintiff's Response (Doc. 121) to the Court's Order to Show Cause (Doc. 120). Upon review of Plaintiff's response in which she concedes that the New College Board of Trustees is the proper Defendant and not New College of Florida, the Court dismissed New College of Florida as a named Defendant. *See* Doc. 122 at 39. The Order to Show Cause (Doc. 120) is accordingly **DISCHARGED**.

**DONE AND ORDERED** in Tampa, Florida on October 5, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties