**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANE DOE,

      Plaintiff,

                                     CASE NO.: 8:21-CV-01245-CEH-CPT

vs.

NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES,
A Florida Public Entity,

      Defendant.

_____/

**<u>JOINT MOTION TO EXTENT PRE-TRIAL DEADLINES</u>**
**<u>WITH INCORPORATED MEMORANDUM OF LAW</u>**

Plaintiff, JANE DOE, and Defendant, NEW COLLEGE OF FLORIDA

BOARD OF TRUSTEES, pursuant to Fed. R. Civ. P. 6(b)(1) jointly move the Court

for an extension of the pre-trial deadlines set forth in the Second Amended Case

Management and Scheduling Order, DE 125, as follows:

1.     The parties will be mediating on February 14, 2024, before David

Marsh, Esq. February 14 was the first available date the parties and representatives

were all available. *See* Notice of Mediation, attached as Exhibit A. The Court's pre-

trial deadlines set forth ahead of the pre-trial conference are:

a.     *Meeting In Person* to Prepare Joint Final Pretrial Statement: February

9, 2024; and

1

b.      *Joint Final Pretrial Statement*, including jury instructions, verdict form, *voire dire* questions, and witness and exhibit lists with objections: February 20, 2024.

2.      The parties respectfully request a brief extension of the forementioned deadlines, to avoid unnecessary expense should the parties reach a settlement. The parties respectfully request an extension to February 15 to meet in person and prepare the pre-trial statement and an extension to February 24 to submit the *Joint Final Pretrial Statement*, including jury instructions, verdict form, *voire dire* questions, and witness and exhibit lists with objections.

3.      Federal Rule of Civil Procedure 6(b)(1), (A) states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . .  with motion or notice . . . ." The parties respectfully represent that good cause exists for the extension. The parties will be mediating at the same time the joint pretrial statement is due. The parties wish to avoid unnecessary expense and will be more likely to reach a settlement without having undertaken the time and expense of preparing for trial. The brief extension should have minimal to no impact on the Court's time. The requested extension for the pre-trial statement is four (4) days.

WHEREFORE, the Plaintiff, JANE DOE, and Defendant, NEW COLLEGE OF FLORIDA BOARD OF TRUSTEES, respectfully request the Court enter an

Order extending the deadline to meet and prepare the pre-trial statement to February

15, 2024, and the deadline to provide the *Joint Final Pretrial Statement*, including

jury instructions, verdict form, *voire dire* questions, and witness and exhibit lists

with objections, to February 24, 2024.

RESPECTFULLY SUBMITTED, this 29th day of January 2024.

**QUINTAIROS, PRIETO, WOOD & BOYER, P. A.**

/s/*Christopher D. Hastings*

**JOHN S. DERR (FBN: 0359025)**
**CHRISTOPHER D. HASTINGS (FBN: 0120104)**
227 North Bronough Street, Suite 7400
Tallahassee, Florida 32301
Telephone:  850-412-1042
Facsimile:   850-412-1043
Email: jderr@qpwblaw.com
Email: christopher.hastings@qpwblaw.com
Email: gail.clark@qpwblaw.com
Email: myra.mitchell@pwblaw.com
*Attorneys for Defendant*

## RULE 3.01(G) CERTIFICATION

Counsel for the parties conferred by telephone and jointly agree to the requested

relief.

/s/ *Christopher D. Hastings*
ATTORNEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

served via e-mail to all parties.

/s/ *Christopher D. Hastings*
ATTORNEY

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANE DOE,

      Plaintiff,

vs.                                 CASE NO.: 8:21-CV-01245-CEH-CPT

NEW COLLEGE OF FLORIDA,
a Public University and Member
of the State University System;
and New College of Florida Board
Of Trustees, a Florida Public Entity,

      Defendants.

_____/

## <u>NOTICE OF MEDIATION</u>

      PLEASE TAKE NOTICE that mediation for the above styled cause has been scheduled with David J. Marsh, Esq., MC Mediations, LLC, to commence at the time and place described below:

      DATE:             February 14, 2024

      TIME:             9:00 A.M. EST

      PLACE:          Via Zoom Link

      **David Marsh is inviting you to a scheduled Zoom meeting.**

      Join Zoom Meeting

      https://zoom.us/j/92737067004

      Meeting ID: 927 3706 7004

      One tap mobile

      +13052241968,,92737067004# US

      +13092053325,,92737067004# US

1

**EXHIBIT A**

RESPECTFULLY SUBMITTED, this 24th day of January 2024.

**QUINTAIROS, PRIETO, WOOD & BOYER, P. A.**

/s/*John S. Derr*

**JOHN S. DERR (FBN: 0359025)**
**CHRISTOPHER D. HASTINGS (FBN: 0120104)**
227 North Bronough Street, Suite 7400
Tallahassee, Florida 32301
Telephone:  850-412-1042
Facsimile:   850-412-1043
Email: jderr@qpwblaw.com
Email: christopher.hastings@qpwblaw.com
Email: gail.clark@qpwblaw.com
Email: myra.mitchell@pwblaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via Florida E-Portal, on this 24th day of January 2024, to:

Damian Bradley Mallard, Esq.
FBN: 882348
Elizete D. Velado, Esq.
FBN: 99668
MALLARD PEREZ, PLLC
889 N. Washington Boulevard
Sarasota, Florida  34236
(941) 952-1682
(941) 378-1605(fax)
elizete@mallardperez.com
damian@mallardperez.com
Damian@Mallardlawfirm.com
angel@MallardPerez.com
Anna@Mallardlawfirm.com
*Attorneys for Plaintiff*

/s/*John S. Derr*
ATTORNEY

2