IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

    Plaintiff,                                              CASE NO.: 8:21-cv-1245-CEH-CPT

vs.

NEW COLLEGE OF FLORIDA, and
NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES,

    Defendants.
_____

### **MEDIATION REPORT—PROVISIONAL SETTLEMENT**

    A mediation conference was conducted in this case on February 14, 2024. The parties reached a settlement agreement conditioned upon approval and/or notice to Florida state governmental entities/departments, as required by Florida law and/or regulations.

    Respectfully submitted,

David J. Marsh, Esq.
Fla. Sup. Ct. Cir. Civ. Mediator Cert. No.:14500R
Fla. Bar No.: 0814547
David J. Marsh, LLC
MC Mediations, LLC
3122 Mahan Drive; #801-117
Tallahassee, FL 32308
(850) 530-5028
david@mcmediations.com