## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JANE DOE,

    Plaintiff,                      CASE NO.: 8:21-CV-01245-CEH-CPT

vs.

NEW COLLEGE OF FLORIDA,
a Public University and Member
of the State University System;
and New College of Florida Board
Of Trustees, a Florida Public Entity,

    Defendants.

_____/

### THE PARTIES' JOINT NOTICE OF SETTLEMENT

COME NOW the Parties, Jane Doe and Board of Trustees of New College of Florida and file this joint notice of settlement as follows:

1. The Parties have agreed to a settlement of all claims in this cause.

2. The settlement is contingent upon approval by the Board of Trustees of New College of Florida, State of Florida Division of Risk Management and notice to the Legislature of the State of Florida as required by law and regulation.

3. Approval is expected to take as much as a month, but not to be withheld.

4. The Parties respectfully request the Court release them from the pretrial schedule, and remove the case from the Court's trial docket, to allow the

approval to be obtained from the required agencies, without the expenditure of additional attorney fees and costs that would otherwise be incurred in preparing for a trial that will not go forward.

WHEREFORE, the Parties respectfully request the Court remove this case from its trial docket, and release the Parties from the Court's pretrial requirements, due to the requirements of statutory and regulatory approval of the settlement agreement between the parties.

RESPECTFULLY SUBMITTED, this 14th day of February 2024.

| /s/ *Damian Bradley Mallard, Esq.* | /s/ *John S. Derr, Esq.* |
|---|---|
| Damian Bradley Mallard, Esq. | John S. Derr, Esq. |
| FBN: 882348 | FBN: 0359025 |
| Elizete D. Velado, Esq. | Christopher D. Hastings, Esq. |
| FBN: 99668 | FBN: 0120104 |
| MALLARD PEREZ, PLLC | Quintairos, Prieto, Wood & Boyer, P. A. |
| 889 N. Washington Boulevard | 227 North Bronough Street, Suite 7400 |
| Sarasota, Florida 34236 | Tallahassee, Florida 32301 |
| (941) 952-1682 | Telephone: 850-412-1042 |
| (941) 378-1605(fax) | Facsimile: 850-412-1043 |
| elizete@mallardperez.com | jderr@qpwblaw.com |
| damian@mallardperez.com | christopher.hastings@qpwblaw.com |
| Damian@Mallardlawfirm.com | gail.clark@qpwblaw.com |
| angel@MallardPerez.com | myra.mitchell@pwblaw.com |
| Anna@Mallardlawfirm.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |