# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JANE DOE,

    Plaintiff,

v.                                              Case No: 8:21-cv-1245-CEH-CPT

NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES,

    Defendant.

## ORDER

The Court has been advised by the Parties' Joint Notice of Settlement (Doc. 132) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 15, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties