**EXHIBIT "A"**

**STIPULATED FINAL ORDER**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA FLORIDA

JANE DOE,

    Plaintiff,

vs.                                                Case No.: 8:21-CV-01245-CEH-CPT

NEW COLLEGE OF FLORIDA, a
Public University and Member of the
State University System; and NEW
COLLEGE OF FLORIDA BOARD OF
TRUSTEES, a Florida Public Entity,

    Defendants.
_____/

## **FINAL ORDER OF DISMISSAL**

THIS CAUSE having come before this Court on the Parties' Joint Notice of Settlement (Doc 132) and the Parties having submitted a timely stipulated final order pursuant to this Court's Order of February 15, 2025 (Doc 133) dismissing the matter without prejudice, but providing the parties 60 days in which to provide a stipulated Final Order or Judgment, and the Court having reviewed the proposed stipulated Final Order of Dismissal and being otherwise fully advised in the premises, does hereby Order and Adjudge as follows:

    1.    That this action be, and hereby is, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

2. The parties are hereby directed to comply with the terms of their Settlement Agreement.

3. The Court shall retain jurisdiction for purposes of enforcing the parties' Settlement Agreement.

4. The Clerk is directed to close the file.

Dated this _____ day of _____, 2024.

_____
Hon. Charlene Honeywell
United States District Judge