UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

    Plaintiff,

v.                                              Case No: 8:21-cv-1245-CEH-CPT

NEW COLLEGE OF FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____

## ORDER

This matter is before the Court on the Notice of Filing Parties' Stipulated Final Order of Dismissal (Doc. 134). Pursuant to the Stipulation, it is hereby

**ORDERED:**

1. That this action is **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

2. The parties are hereby directed to comply with the terms of their Settlement Agreement. The Court declines to retain jurisdiction.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 23, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record and Unrepresented Parties, if any